**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MELAIR ASSOCIATES, Civil No. 01-1250 (JRT/FLN)

Plaintiff,

v. **ORDER OF RECUSAL**

COINMACH CORP.,

Defendant.

---

The above-captioned case has been assigned to the undersigned, a Judge of the abovc Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Accordingly, **IT IS ORDERED** that pursuant to the Court's Order for Assignment of Cases dated April 2, 2001, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the ~~miscellaneous~~ Master list of the automated case assignment system.

DATED: July 17, 2001
at Minneapolis, Minnesota.

[signature]
JOHN R. TUNHEIM
United States District Judge

FILED JUL 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Melair Associates

vs. 01-1250ADM/AJB

Coinmach Corp.

The above case has been re-assigned to Judge Ann D. Montgomery and referred to Magistrate Judge Arthur J. Boylan pursuant to an Order of Recusal by Judge John R. Tunheim. Please note the new judges initials and refer to them when filing pleadings with the District Court.

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.


700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500